**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| HOWARD MACK HARRIS SENIOR,  )<br>                                                            )<br>                   Plaintiff,              )<br>                                                            )<br>-vs-                                                     )        Case No.  CIV-11-1414-F<br>                                                            )<br>UNITED STATES FEDERAL          )<br>BUREAU OF PRISONS, et al.,        )<br>                                                            )<br>                   Defendants.          ) | |

**ORDER**

United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation on September 25, 2012, recommending that the court revoke plaintiff's pauper status and require the payment of the $350 filing fee within 21 days. He advised plaintiff of his right to object to the Report and Recommendation by October 12, 2012 and that failure to timely object would foreclose appellate review of the suggested ruling.

To date, plaintiff has not objected to the Report and Recommendation and has not sought an extension of time to so object.  With no objection being filed within the time prescribed, the court accepts, adopts and affirms the Report and Recommendation.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Robert E. Bacharach on September 25, 2012 (doc. no. 29) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**.

Plaintiff's pauper status is **REVOKED**. Plaintiff is **DIRECTED** to pay the $350 filing fee within 21 days from the date of this order. Failure to pay the $350 filing fee shall result in the dismissal of this action without prejudice.

DATED October 26, 2012.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

11-1414p001.wpd